UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:    Case Number 11-19513 JHW

Debtor: Lawrence J. & Catherine E. Pharo, Jr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1808246 | Homeward Residential, Inc. | 1501.62 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  June 6, 2013